

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-13-00305-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| | § | |
| KAITLYN AMANDA DORR, | § | of Collin County, Texas |
| | § | |
| Appellee. | § | (TC# 006-86150-2012) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for trial, in accordance with the opinion of this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF FEBRUARY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.